ACCEPTED
04-17-00609-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/25/2017 10:35 AM



FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

09/25/2017 10:35:44 AM

KEITH E. HOTTLE
CLERK

Joseph E. Cuellar
*Attorney At Law*
jcuellar@valdeztrevino.com

Plaza Las Campanas
1826 N. Loop 1604 W, Suite 275
San Antonio, Texas 78248
*phone* 210.598.8686
*fax* 210.598.8797
www.valdeztrevino.com

September 25, 2017

Keith E. Hottle                                          *via eFileTex.gov*
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

Re:   *Marta Arredondo v. Techserv Consulting & Training, Ltd., et al.*, Cause
      No. 04-17-00609-CV

Mr. Hottle:

Please let this letter serve as a notice of appearance for myself (SBN: 24082879) and Nicholas D. Smith (SBN: 24093175; email: nsmith@valdeztrevino.com) on behalf of Appellee Techserv Consulting & Training, Ltd. Kindly include Mr. Smith and myself on communications and notifications from the Court. Jose "J.J." Treviño remains lead counsel.

Sincerely,

/s/

Joseph E. Cuellar
*Counsel for Appellee Techserve Consulting & Training, Ltd.*

JEC/

cc:   Craig Farrish (*via eFileTex.gov*)
      James M. Thompkins (*via eFileTex.gov*)
      G. Don Schauer (*via eFileTex.gov*)

{00378954}